AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Hawkins, Patricia<br><br>*Plaintiff(s)*<br>v.<br>UHS of Texoma, Inc. d/b/a Texoma Medical Center<br><br>*Defendant(s)* | ) | Civil Action No. 4:21cv265 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UHS of Texoma, Inc. d/b/a Texoma Medical Center
c/o Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, registered agent
211 E. 7th Street, Suite 620
Austin, Texas 78701-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald R. Huff
Law Office of Ronald R. Huff
112 S. Crockett Street
Sherman, Texas 75090

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT * EASTERN DISTRICT OF TEXAS *

*CLERK OF COURT*

Date: **3/31/21**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21cv265

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* UHS of Texoma Inc dba Texoma Medical Center was received by me on *(date)* 3/31/2021 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: Via Certified RRR mail to: UHS of Texoma Inc dba Texoma Medical Center c/o Corporation Service Company dba CSC-Lawyers Incorporating Service Company, Texas 211 E. 7th Street, Ste. 620, Austin TX 78701-3136

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/31/2021 [signature]

*Server's signature*

Jucrena R Hoffman Legal Asst

*Printed name and title*

112 S. Crockett St
Sherman TX 75090

*Server's address*

e, etc:

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 2290 0001 6495 4211

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Reset

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UHS of Texoma Inc. dba Texoma Med'l Center c/o Corp. Serv. Co. dba CSC-Lawyers, 211 E 7th St, Ste 620, Austin T

9590 9402 4670 8323 2822 49

2. Article Number

7018 2290 0001 6495 4211

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Anna Mendoza

☐ Agent
☐ Addressee

B. Received by (Printed Name) APR 05 2021

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AAO

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- Delivery Restricted Delivery
- il
- il Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt