UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICIA HAWKINS | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-265-SDJ |
| | § | |
| UHS OF TEXOMA, INC. D/B/A | § | |
| TEXOMA MEDICAL CENTER | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 26, 2021, the Report of the Magistrate Judge, (Dkt. #12), was entered containing proposed findings of fact and recommendations that Defendant UHS of Texoma, Inc. d/b/a Texoma Medical Center's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(1), (Dkt. #6), be granted. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant UHS of Texoma, Inc. d/b/a Texoma Medical Center's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(1), (Dkt. #6), is **GRANTED**. Plaintiff Patricia Hawkins's claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that to the extent Plaintiff Patricia Hawkins desires to pursue her claims against Defendant UHS of Texoma, Inc. d/b/a Texoma Medical

- 2 -

Center, such claims should be submitted to arbitration pursuant to the terms of the Alternative Resolution of Conflicts Agreement.

**So ORDERED and SIGNED this 31st day of August, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE