UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICIA HAWKINS | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-265-SDJ |
| | § | |
| UHS OF TEXOMA, INC. D/B/A | § | |
| TEXOMA MEDICAL CENTER | § | |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, which recommended that this case be dismissed with prejudice, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby denied.

**So ORDERED and SIGNED this 31st day of August, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE